United States District Court
Southern District of Texas
**ENTERED**
March 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LEE AND LINDA LEE, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:22-cv-00595 |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR LEHMAN ABS MORTGAGE LOAN TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1, | § § § § § § § | |
| *Defendants*. | § | |

### ORDER GRANTING DEFENDANT WELL'S FARGO BANK, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

ON THIS DATE the Court considered the *Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* ("Motion") filed by Defendant Wells Fargo Bank, N.A. ("Defendant"). After considering the Motion, the Court finds that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant has up to and until April 18, 2022, to file an answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 18TH day of March, 2022.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE